IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MILTON MARTIN,**                                                  **PETITIONER**

**V.**                                                              **NO. 1:06CV71-D-D**

**JIM JOHNSON, ET AL,**                                             **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice and without evidentiary hearing for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 21st day of March, 2006.

                                  Glen H. Davidson
                                  CHIEF JUDGE